UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NUMBER
23-CV-30093-TSH

STEPHEN D. WOODBRIDGE,            )
and                               )
ROBERTA BROWNING                  )
       Plaintiffs,               )
                                        )
      v.                            )
                                        )
CITY OF GREENFIELD,               )
                                        )
       Defendant.                )  Dated:  April 29, 2024

## NOTICE OF APPEARANCE

Please enter my appearance and the appearance of Sullivan, Hayes & Quinn, LLC as the attorneys for the Defendant, City of Greenfield and place our names in the file to receive copies of all future notices, orders and communications in connection with the above-captioned case.

      Respectfully Submitted,

      CITY OF GREENFIELD

      By its Attorneys,


      */s/ Gordon D. Quinn*
      Gordon D. Quinn, Esq. – BBO No.: 555789
      SULLIVAN, HAYES & QUINN, LLC
      One Monarch Place, Suite 1200
      Springfield, MA  01144-1200
      Telephone: (413) 736-4538
      Fax: (413) 731-8206
      E-mail: Gordon.Quinn@sullivanandhayes.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2024, I electronically filed the *Notice of Appearance* with the Clerk of Court using the CM/ECF system and same will be served, while effectuating service upon the Parties to:

**For Plaintiffs:**
Michael Aleo, Esq.
Thomas Lesser
Lesser Newman Aleo & Nasser, LLP
39 Main Street
Northampton, MA 01060
E-mail: aleo@LNN-law.com
        lesser@LNN-law.com

**For Defendant:**
Jesse W. Belcher-Timme, Esq.
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900
E-mail: jtimme@dwpm.corn

                                                */s/ Gordon D. Quinn*
                                                Gordon D. Quinn, Esq.